# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY KING                                                             PETITIONER

v.                     CASE NO. 5:07CV00096 JLH

LARRY NORRIS, Director of the
Arkansas Department of Correction                      RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE